**FILED**

MAR 16 2023

U.S. DISTRICT COURT  WVND
CLARKSBURG, WV 26301

1:23-cv-28

Nathan Knotts
304-816-7788
1050 Westview Dr.
Fairmont, W.V. 26554

MAR 16 PM 4:54

3-16-23